UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-3320**

Wallach v. Easton Corporation

To:   Clerk

    1)   Joint Motion by the Parties to Amend the Briefing Schedule

The foregoing motion is granted. The briefing schedule will be amended as follows:

        Appellants' brief and appendix due December 18, 2015;
        Appellees' brief due February 5, 2016;
        Appellants' reply brief, if any, due February 26, 2016.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: November 19, 2015
tmm/cc: Corey W. Roush, Esq.
Benjamin F. Holt, Esq.
Emmy L. Levens, Esq.
Julie B. Rubenstein, Esq.
Manuel John Dominguez, Esq.
Catherine S. Simonsen, Esq.
James H. Mutchnik, Esq.
Eric J. Weiss, Esq.
Cori Gordon Moore, Esq.
Thomas L. Boeder, Esq.
Richard A. Koffman, Esq.
Daniel H. Silverman, Esq.

John A. Sensing, Esq.
Briam Borchard, Esq.
Erik T. Koons, Esq.
Joseph A. Ostoyich, Esq.
M. Duncan Grant, Esq.
Michael Hartman, Esq.
Jeremy Heep, Esq.
Dan Boland, Esq.
Kelly E. Farnan, Esq.
John R. Robertson, Esq.
Daniel E. Laytin, Esq.
Jeffrey B. Bove, Esq.
Donald E. Reid, Esq.