UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-3320**

Wallach v. Eaton Corp.

To:     Clerk

    1)    Motion by Appellants to Submit Sealed Appendix

---

      Action on the foregoing motion is deferred.  It is noted that Appellants requesting leave to seal the appendix.  Any motion under 3d Cir. L.A.R. Misc. 106.1(c)[1, 2] must specify the scope of the relief requested, the basis for sealing, and the desired duration of the sealing order.

      Accordingly, Appellants must file a supplement to the motion to seal or a renewed motion, identifying the scope and the basis for sealing and the desired duration of the sealing order, within seven (7) days of the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:      December 23, 2015
EMA/cc:    All Counsel of Record