OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 20, 2016

Thomas L. Boeder Esq.
Daniel J. Boland Esq.
Brian P. Borchard Esq.
Jeffrey B. Bove Esq.
Glen DeValerio Esq.
Kyle G. DeValerio Esq.
Manuel J. Dominguez Esq.
Kelly E. Farnan Esq.
M. Duncan Grant Esq.
Michael J. Hartman Esq.
Jeremy D. Heep Esq.
Benjamin F. Holt Esq.
Richard A. Koffman Esq.
Erik T. Koons Esq.
Daniel E. Laytin Esq.
Emmy L. Levens Esq.
Cori G. Moore Esq.
James H. Mutchnik Esq.
Joseph A. Ostoyich Esq.
Donald E. Reid Esq.
John R. Robertson Esq.
Corey W. Roush Esq.
Julie B. Rubenstein Esq.
Matthew A. Scarola Esq.
John A. Sensing Esq.
Pratik A. Shah Esq.
Daniel H. Silverman Esq.
Catherine S. Simonsen Esq.
James E. Tysse Esq.
Eric J. Weiss Esq.
Jessica Zeldin Esq.

RE: Mark Wallach, et al v. Eaton Corp, et al
Case Number: 15-3320
District Case Number: 1-10-cv-00260

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, June 7, 2016**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **9:30 a.m**. and argument in this matter is scheduled in **The Albert Branson Maris Courtroom , (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905


Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **CHAGARES, KRAUSE and SCIRICA, Circuit Judges**