OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

**AMENDED**
June 1, 2016

Thomas L. Boeder Esq.
Daniel J. Boland Esq.
Brian P. Borchard Esq.
Jeffrey B. Bove Esq.
Glen DeValerio Esq.
Kyle G. DeValerio Esq.
Manuel J. Dominguez Esq.
Kelly E. Farnan Esq.
M. Duncan Grant Esq.
Michael J. Hartman Esq.
Jeremy D. Heep Esq.
Benjamin F. Holt Esq.
Richard A. Koffman Esq.
Erik T. Koons Esq.
Daniel E. Laytin Esq.
Emmy L. Levens Esq.
Cori G. Moore Esq.
James H. Mutchnik Esq.
Joseph A. Ostoyich Esq.
Donald E. Reid Esq.
John R. Robertson Esq.
Corey W. Roush Esq.
Julie B. Rubenstein Esq.

Jessica Zeldin Esq.
Eric J. Weiss Esq.
James E. Tysse Esq.
Catherine S. Simonsen Esq.
Daniel H. Silverman Esq.
Pratik A. Shah Esq.
John A. Sensing Esq.
Matthew A. Scarola Esq.

RE: Mark Wallach, et al v. Eaton Corp, et al
Case Number: 15-3320
District Case Number: 1-10-cv-00260

Dear Counsel:

Please be advised that this is in anticipation of oral argument.

Please be prepared to discuss the following issues:

(1) Whether the validity of an assignment of an antitrust claim is a question of Article III standing or of statutory standing, and, if the latter: (i) whether the issue was properly raised

under Rule 12(b)(1), (ii) the implications for the District Court's ruling on review, and (iii) the proper disposition by this Court;

(2) The relevance, if any, of *Livingston v. North Belle Vernon Borough*, 91 F.3d 515 (3d Cir. 1996) and *General Engineering Corp. v. Martin Marietta Alumina, Inc.*, 783 F.2d 352 (3d Cir. 1986), to whether we look to the Restatement (Second) of Contracts when applying federal common law to assess the validity of the assignment of an antitrust claim; and

(3) The significance, if any, of the Restatement (First) of Contracts § 547 if this Court decides to apply the Restatement (Second) of Contracts in assessing the validity of R&R's assignment of its antitrust claims to Tauro.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905