OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 7, 2016

Thomas L. Boeder Esq.
Daniel J. Boland Esq.
Brian P. Borchard Esq.
Jeffrey B. Bove Esq.
Glen DeValerio Esq.
Kyle G. DeValerio Esq.
Manuel J. Dominguez Esq.
Kelly E. Farnan Esq.
M. Duncan Grant Esq.
Michael J. Hartman Esq.
Jeremy D. Heep Esq.
Benjamin F. Holt Esq.
Richard A. Koffman Esq.
Erik T. Koons Esq.
Daniel E. Laytin Esq.
Emmy L. Levens Esq.
Cori G. Moore Esq.
James H. Mutchnik Esq.
Joseph A. Ostoyich Esq.

Jessica Zeldin Esq.
Eric J. Weiss Esq.
James E. Tysse Esq.
Catherine S. Simonsen Esq.
Daniel H. Silverman Esq.
Pratik A. Shah Esq..
John A. Sensing Esq.
Matthew A. Scarola Esq..
Julie B. Rubenstein Esq.
Corey W. Roush Esq.
John R. Robertson Esq.
Donald E. Reid Esq.

RE: Mark Wallach, et al v. Eaton Corp, et al
 Case Number: 15-3320
 District Case Number: 1-10-cv-00260

Dear Counsel:

At the direction of the Court, counsel are directed to file a transcript of oral argument by **Tuesday, June 21, 2016 i**n the above-entitled case. Liaison counsel should immediately advise the Clerk's Office of the court reporter or agency handling the transcription of oral argument. **Counsel are to split the cost of the transcript.**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany J. Grier*
Tiffany Grier, Calendar Clerk
267-299-4905

## Court Reporter Contacts

James DeCrescenzo Reporting
1880 JFK Blvd, 6th Floor
Philadelphia, PA 19103
(215) 564-3905(T)
(800) 413-7880 (toll free)
(215) 751-0581 (Fax)
jim@jdreporting.com

Lewis Parham
Writers Cramp
63 Dakota Drive
Hamilton, NJ 08619
(609) 588-8043
wtrscramp@verizon.net

Veritext
1801 Market Street
Suite 1800
Philadelphia, PA 19103
(215) 241-1000
Contacts: Donna Abboud
(215) 446-8833
dabboud@veritext.com
Kate Valiante
(215) 446-8851
KValiante@veritext.com

Greg DiDonato
Syndicated Reporting Agency
855-796-3377
www.synreporters.com

eScribers, LLC
Eric Solat
www.escribers.net/index.php Director, Sales and Customer Service esolat@escribers.net Office - (973) 406-2250

Transcripts Plus, Inc.
(Karen Hartmann)
435 Riverview Circle
New Hope, PA 18938
Office – (215) 862-1115
Fax – (215) 862-6639 , courttranscripts@aol.com

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 7, 2016

## **PROCEDURES FOR FILING A TRANSCRIPT OF ORAL ARGUMENT**

When the Court directs counsel to prepare a transcript of oral argument, the parties shall designate one attorney to be **liaison counsel** for the purpose of coordinating the production of the transcript.  **Liaison counsel** shall contact **Tiffany L. Grier, 267-299-4905** of the Calendar Unit of the Third Circuit Clerk's Office (Room 21400) after argument to obtain the necessary information regarding the filing of the transcript of oral argument.

Liaison counsel shall contract a court reporting service to make arrangements for the transcription of the oral argument and inform the Clerk's Office Calendar Unit of the identity of the court reporter or agency.  The Clerk's Office will then provide the designated court reporting service with the audio recording via electronic means.

After the transcript is completed, the court reporter shall provide the transcript to all counsel in the case.  Liaison counsel shall file the certified original transcript electronically through CM/ECF and (3) hard copies of the transcript with the Clerk's Office, including the court reporter's certification and a certification of accuracy from liaison counsel on behalf of all parties. If corrections are necessary to the transcript, liaison counsel shall coordinate with the court reporter corrections requested by all counsel, and the final corrected version of the transcript shall be filed by liaison counsel. Corrections should be given to liaison counsel within (3) days of receipt of the transcript. Liaison counsel shall file the transcript with the Clerk's Office no later than (14) days after oral argument unless the Court directed a specific deadline.

Unless the Court directed otherwise, the parties shall split the cost of the preparation of the transcript.