OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 14, 2016

Thomas L. Boeder
Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, WA 98101

Daniel J. Boland
Pepper Hamilton
18th & Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103

Brian P. Borchard
Kirkland & Ellis
300 North LaSalle Street
Suite 2400
Chicago, IL 60654

Jeffrey B. Bove
RatnerPrestia
1007 Orange Street
Suite 205
Wilmington, DE 19801

Glen DeValerio
Berman DeValerio
One Liberty Square
Boston, MA 02109

Kyle G. DeValerio
Berman DeValerio
3507 Kyoto Gardens Drive
Suite 200

Palm Beach Gardens, FL 33410

Manuel J. Dominguez
Cohen Milstein
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Kelly E. Farnan
Richards Layton & Finger
920 North King Street
One Rodney Square
Wilmington, DE 19801

M. Duncan Grant
Pepper Hamilton
1313 Market Street
Suite 5100, P.O. Box 1709
Wilmington, DE 19899

Michael J. Hartman
Pepper Hamilton
18th & Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103

Jeremy D. Heep
Pepper Hamilton
18th & Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103

Benjamin F. Holt
Hogan Lovells
555 Thirteenth Street, N.W.
Columbia Square
Washington, DC 20004

Richard A. Koffman
Cohen Milstein
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Erik T. Koons
Baker Botts

1299 Pennsylvania Avenue, N.W.
The Warner
Washington, DC 20004

Daniel E. Laytin
Kirkland & Ellis
300 North LaSalle Street
Suite 2400
Chicago, IL 60654

Emmy L. Levens
Cohen Milstein
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Cori G. Moore
Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, WA 98101

James H. Mutchnik
Kirkland & Ellis
300 North LaSalle Street
Suite 2400
Chicago, IL 60654

Joseph A. Ostoyich
Baker Botts
1299 Pennsylvania Avenue, N.W.
The Warner
Washington, DC 20004

Donald E. Reid
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

John R. Robertson
Hogan Lovells
555 Thirteenth Street, N.W.
Columbia Square
Washington, DC 20004

Corey W. Roush
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC 20036

John A. Sensing
Potter Anderson & Corroon
1313 North Market Street
6th Floor
Wilmington, DE 19801

Pratik A. Shah
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC 20036

Daniel H. Silverman
Cohen Milstein
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Catherine S. Simonsen
Perkins Coie
1888 Century Park East
Suite 1700
Los Angeles, CA 90067

James E. Tysse
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC 20036

Eric J. Weiss
1066 Clifton Avenue
Clifton, NJ 07013

Jessica Zeldin
Rosenthal Monhait & Goddess
919 North Market Street
Suite 1401
Wilmington, DE 19801

RE: Mark Wallach, et al v. Eaton Corp, et al
Case Number: 15-3320
District Case Number: 1-10-cv-00260

ENTRY OF JUDGMENT

Today, **September 14, 2016** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Page Limits:
15 pages

Attachments:
A copy of the panel's opinion and judgment only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed.R.App.P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


By: *Timothy McIntyre*

Timothy McIntyre, Case Manager
267-299-4953