UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-3320

MARK S. WALLACH, as Chapter 7 Trustee for the Bankruptcy
Estate of Performance Transportation
Services Inc., on behalf of the estate
and all others similarly situated;
TAURO BROTHERS TRUCKING COMPANY;
TOLEDO MACK SALES & SERVICE INC.;
JJRS LLC,
                                                    Appellants

v.

EATON CORPORATION; DAIMLER TRUCKS NORTH AMERICA LLC;
FREIGHTLINER LLC; NAVISTAR INTERNATIONAL CORPORATION;
INTERNATIONAL TRUCK AND ENGINE CORPORATION; PACCAR INC.;
KENWORTH TRUCK COMPANY; PETERBILT MOTORS COMPANY;
VOLVO TRUCK NORTH AMERICA; MACK TRUCKS INC.; NAVISTAR, INC.

(D. Del. No. 1-10-cv-00260)

Present: CHAGARES, KRAUSE and SCIRICA, Circuit Judges

  1. Unopposed Motion by Appellees to Continue the Impoundment of Sealed
     Records for the Duration of the Appeal.

  2. Motion by Appellants to Submit Sealed Appendix.

  3. Supplement to Motion by Appellants to Submit Sealed Appendix.

                                        Respectfully,
                                        Clerk/tmm

_____ORDER_____
The foregoing motions are granted.

                                        By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: September 14, 2016
tmm/cc: all counsel of record