UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3320
_____

MARK S. WALLACH, as Chapter 7 Trustee for the Bankruptcy Estate of Performance Transportation Services Inc., on behalf of the estate and all others similarly situated; TAURO BROTHERS TRUCKING COMPANY; TOLEDO MACK SALES & SERVICE INC.; JJRS LLC,

Appellants

v.

EATON CORPORATION; DAIMLER TRUCKS NORTH AMERICA LLC; FREIGHTLINER LLC; NAVISTAR INTERNATIONAL CORPORATION; INTERNATIONAL TRUCK AND ENGINE CORPORATION; PACCAR INC.; KENWORTH TRUCK COMPANY; PETERBILT MOTORS COMPANY; VOLVO TRUCK NORTH AMERICA; MACK TRUCKS INC.; NAVISTAR, INC.
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1-10-cv-00260)
District Judge: Honorable Sue L. Robinson
_____

Argued: June 7, 2016

Before: CHAGARES, KRAUSE, and SCIRICA, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on June 7, 2016.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered on August 31, 2015, be and the

same is hereby REVERSED and the matter is REMANDED for further proceedings consistent with the Opinion of this Court.  Costs shall be taxed to Appellees.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: September 14, 2016

**Certified as a true copy and issued in lieu of a formal mandate on** October 6, 2016

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**