OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 6, 2016

John A. Cerino
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

RE: Mark Wallach, et al v. Eaton Corp, et al
Case Number: 15-3320
District Case Number: 1-10-cv-00260

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953

cc:  Thomas L. Boeder

Daniel J. Boland
Brian P. Borchard
Jeffrey B. Bove
Glen DeValerio
Kyle G. DeValerio
Manuel J. Dominguez
Kelly E. Farnan
M. Duncan Grant
Michael J. Hartman
Jeremy D. Heep
Benjamin F. Holt
Richard A. Koffman
Erik T. Koons
Daniel E. Laytin
Emmy L. Levens
Cori G. Moore
James H. Mutchnik
Joseph A. Ostoyich
Donald E. Reid
John R. Robertson
Corey W. Roush
John A. Sensing
Pratik A. Shah
Daniel H. Silverman
Catherine S. Simonsen
James E. Tysse
Eric J. Weiss
Jessica Zeldin